485 F.2d 1240
 Greta HUSSERL, Plaintiff-Appellee,
v.
SWISS AIR TRANSPORT COMPANY, LTD. also known as Swissair,
Defendant-Appellant.
 No. 42, Docket 73-1501.
 United States Court of Appeals,
Second Circuit.
 Argued Oct. 23, 1973.
Decided Oct. 31, 1973.
 
 George N. Tompkins, Jr., New York City (Condon & Forsyth, New York City, of counsel), for defendant-appellant.
 Eric Gewurz, Bellmore, N. Y. (Edward J. Waldman, Gewurz & Gewurz, P. C., Bellmore, N. Y., of counsel), for plaintiff-appellee.
 Before SMITH, MANSFIELD and OAKES, Circuit Judges.
 PER CURIAM:
 
 
 1
 The order of the district court is affirmed, essentially for the reasons set forth by Judge Tyler in his well considered opinion, 351 F.Supp. 702, at 706-707 (S.D.N.Y.1972).